██ GARY CHAMBERLAIN, Respondent, v MAC TRAILER MANUFACTURING, INC., Defendant, MODERN DISPOSAL SERVICE, INC., Appellant, and CUSTOM CANVAS MFG., CO., INC., Respondent. MODERN DISPOSAL SERVICE, INC., et al., Third-Party Plaintiffs-Appellants, v CHAMBERLAIN TRUCKING, LLC, et al., Third-Party Defendants-Respondents. (Appeal No. 1.) [32 NYS3d 529]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered September 4, 2014. The order, among other things, denied in part the motion of defendant/third-party plaintiff Modern Disposal Service, Inc. and third-party plaintiff Modern Landfill, Inc. for summary judgment.

██ GARY CHAMBERLAIN, Respondent, v MAC TRAILER MANUFACTURING, INC., Defendant, MODERN DISPOSAL SERVICE, INC., Appellant, and CUSTOM CANVAS MFG., CO., INC., Respondent. MODERN DISPOSAL SERVICE, INC., et al., Third-Party Plaintiffs-Appellants, v CHAMBERLAIN TRUCKING, LLC, et al., Third-Party Defendants-Respondents. (Appeal No. 2.) [32 NYS3d 527]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered October 8, 2014. The order, among other things, denied the cross motion of defendant/third-

party plaintiff Modern Disposal Service, Inc. and third-party plaintiff Modern Landfill, Inc. for summary judgment seeking to pierce the corporate veil.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 4, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Carni, Lindley and Whalen, JJ.